IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FERNANDO JOSE MARROQUIN,<br><br>    *Defendant.* | CRIMINAL ACTION NO.<br>3:25-cr-00016-TES-CHW |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
TRIAL IN THE INTEREST OF JUSTICE**

Before the Court is Defendant Fernando Jose Marroquin's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 17]. On June 10, 2025, the Grand Jury returned an Indictment [Doc. 1] charging Defendant with Illegal Reentry in violation of 8 U.S.C. § 1326(a). Defendant was arrested on June 25, 2025, pleaded not guilty at his arraignment the same day, and remains detained pending trial. [Doc. 7]; [Doc. 8]; [Doc. 9]; [Doc. 11]. On July 1, 2025, the Court issued a Notice setting the Pretrial Conference for August 4, 2025. [Doc. 16]. The following day, Defendant moved for a continuance. [Doc. 17].

Defense counsel explains that she needs additional time to receive, organize, and review the Government's discovery, to confer with Defendant, and to conduct any necessary defense investigations. [*Id.* at p. 2]. The Government does not oppose the requested continuance. [*Id.*].

The Court finds that granting Defendant's request serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. *See id.* Specifically, failure to grant the continuance would deny defense counsel "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* at § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** Defendant's Motion [Doc. 17] and **CONTINUES** the Pretrial Conference until **September 3, 2025**, and the trial of this matter until **September 22, 2025**. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 3rd day of July, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
